IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUCE GAVURNIK**,<br><br>Plaintiff,<br><br>*v.*<br><br>**VANTAGE LABS, LLC, et al.**,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 19-5537-KSM |

## ORDER

**AND NOW**, this 30th day of October, 2020, upon consideration of Plaintiff Bruce Gavurnik's Motion to Dismiss Defendant Vantage Labs, LLC's Counterclaim (Doc. No. 23), Defendant Vantage Labs's response (Doc. No. 29), and Gavurnik's reply (Doc. No. 33), and for the reasons set forth in the Memorandum, it is **ORDERED** that Gavurnik's motion to dismiss is **GRANTED**, and Defendant Vantage Labs's fraud in the inducement counterclaim is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.