IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRUCE GAVURNIK**, <br><br> Plaintiff, <br><br> v. <br><br> **VANTAGE LABS, LLC**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 19-5537-KSM** |

### ORDER

**AND NOW**, this 8th day of March, 2022, upon consideration of the parties' motions *in limine* (Doc. Nos. 66, 67, 68, 69, 79) and the responses thereto (Doc. Nos. 70, 71, 73, 74, 84), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiff's motion *in limine* to exclude the EEOC Dismissal and Notice of Rights in response to Charge No. 530-2017-02382 (Doc. No. 67) is **GRANTED**.

2. Plaintiff's motion *in limine* to exclude the outcome of the case against his former employer, Home Properties, (Doc. No. 66) is **GRANTED**.

3. Plaintiff's motion *in limine* to exclude evidence of his prior criminal history (Doc. No. 79) is **GRANTED**.

4. Defendant's motion *in limine* to exclude an email that its former in-house counsel, Ken LaFiandra, sent to Gavurnik's counsel (Doc. No. 69) is **GRANTED**.

5.  Defendant's motion *in limine* to exclude evidence of the *Zinman* case (Doc. No. 68) is

    **GRANTED in part** and **DENIED in part**.


**IT IS SO ORDERED.**

                                                                                  */s/ Karen Spencer Marston*
                                                                       _____
                                                                       KAREN SPENCER MARSTON, J.